IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RHONDA JONES, WIFE,

Appellant,

v.

DERRELL JONES, HUSBAND,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1412

_____/

Opinion filed October 7, 2016.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Catherine Speidel of Attorney At Law Catherine Speidel, P.A., Tallahassee, for Appellant.

Christi Gray of Gray Law - Marital and Family Law, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.